# EXHIBIT A

836 - CSC 1900

| | |
|---|---|
| District Court, County of Arapahoe, State of Colorado<br>Court Address: 7325 S. Potomac Street, Centennial CO 80112 | |
| Plaintiff: **AMERICAN FAMILY MUTUAL INS. CO.**<br><br>v.<br><br>Defendant: **ROBERT BOSCH, LLC d/b/a BOSCH EBIKE SYSTEMS an affiliate/subsidiary company of BOSCH GROUP** | ▲ COURT USE ONLY ▲ |
| Attorneys for Plaintiff:<br>W. Bryant Bodie, No. 44042<br>Colin Enger, No. 43598<br>**BODIE ENGER LAW, LLC**<br>1763 N. Franklin Street<br>Denver, CO 80218<br>Telephone:(303) 830-6900<br>Facsimile: (303) 830-6889<br>E-Mail: bbodie@bodieengerlaw.com<br>        cenger@bodieengerlaw.com | Case No.: |
| **DISTRICT COURT CIVIL SUMMONS** | |

**TO THE ABOVE-NAMED DEFENDANT:**

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court an answer or other response to the attached Complaint. If service of the Summons and Complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 21 days after such service upon you. If the service of the Summons and Compliant was made upon you outside of the State of Colorado, you are required to file your answer or other response within 35 days after such service upon you. Your answer or counterclaim must be accompanied with the applicable filing fee.

If you fail to file your answer or other response to the complaint in writing within the applicable time period, the Court may enter judgment by default against you for the relief demanded in the Complaint, without further notice.

January 26, 2023

Address of Plaintiff:                W. Bryant Bodie, Esq.
6000 American Parkway          Colin Enger, Esq.
Madison, WI 53783-0001

**This Summons is issued pursuant to Rule 4, C.R.C.P., as amended. A copy of the Complaint must be served with this Summons. This form should not be used where service by publication is desired.**

**WARNING:** A valid summons may be issued by a lawyer and it need not contain a court case number, the signature of a court officer, or a court seal. The plaintiff has 14 days from the date this summons is served on you to file the case with the court. You are responsible for contacting the court to find out whether the case has been filed and obtain the case number. If the plaintiff files the case within this time, then you must respond as explained in this summons. If the plaintiff files the case more than 14 days after the date the summons was served on you, the case may be dismissed upon motion and you may be entitled to seek attorney's fees from the plaintiff.

TO THE CLERK: If the summons is issued by the clerk of the court, the signature block for the clerk or deputy should be provided by stamp, or typewriter, in the space to the left of the attorney's name.

| | |
|---|---|
| District Court, County of Arapahoe, State of Colorado<br>Court Address: 7325 S. Potomac Street, Centennial CO 80112 | |
| Plaintiff:<br>**AMERICAN FAMILY MUTUAL INS. CO.**<br><br>v.<br><br>Defendant:<br>**ROBERT BOSCH, LLC d/b/a BOSCH EBIKE SYSTEMS** an affiliate/subsidiary company of **BOSCH GROUP** | ▲ COURT USE ONLY ▲ |
| Attorneys for Plaintiff:<br>W. Bryant Bodie, No. 44042<br>Colin Enger, No. 43598<br>**BODIE ENGER LAW, LLC**<br>1763 N. Franklin Street<br>Denver, CO 80218<br>Telephone:(303) 830-6900<br>Facsimile: (303) 830-6889<br>E-Mail: bbodie@bodieengerlaw.com<br>        cenger@bodieengerlaw.com | Case No.:<br><br>Div: |
| **COMPLAINT IN EQUITABLE SUBROGATION** ||

The Plaintiff, American Family Mutual Ins. Co., by and through its counsel, files this complaint in equity against the Defendant and shows as follows:

### PARTIES, JURISDICTION AND VENUE

1. Plaintiff, American Family Mutual Ins. Co., is the insurer and subrogee of Jason & Linda Power, individuals who sustained property losses/consequential damages at their real property located at 5781 S. Kalispell Court, Centennial, CO 80015 (the "Residence").

2. Defendant Robert Bosch, LLC d/b/a Bosch Ebike Systems, an affiliate/subsidiary company of Bosch Group, a/k/a Bosch Ebike Systems Americas ("Bosch") is a foreign corporation registered with the Colorado Secretary of State with its principal office located at 38000 Hills Tech Drive, Farmington Hills, MI 48331.

3. This Court has jurisdiction over the claims and parties in this action pursuant to C.R.S. § 13-1-124.

4. Venue is proper in this judicial district pursuant to C.R.C.P. 98 because the losses were sustained at real property located in this County.

### GENERAL ALLEGATIONS

5. On or around February 22, 2021, Plaintiff's insureds, Jason and Linda Power, went on a bike ride with their children.

6. One took the recumbent bicycle, and the other rode their Xenion City Wave Ebike (an

electric assist bicycle).

7. The Ebike was equipped with a Bosch rechargeable lithium battery pack.

8. The Bosch battery pack was mounted horizontally on a metal rack above the rear tire.

9. The Ebike was also equipped with a Bosch electric motor located adjacent to the pedals/cranks of the bicycle.

10. After riding for a few miles, the Powers returned home.

11. At that time, the Ebike had 1 bar of power remaining, and the Ebike was connected to a Bosch charger.

12. Approximately an hour and a half later, the Powers smelled smoke coming from the garage.

13. Mr. Power opened the door from the inside of the house to the garage to find the garage engulfed in flames.

14. Mr. Power observed the fire in and around the area where the Ebike had been parked and plugged in.

15. After emptying a fire extinguisher into the burning garage, Mr. Power was able to force the door, a fire-rated door, closed to reduce the spread of fire into the interior of the home.

16. The fire caused substantial damage to the Powers' Residence.

17. The South Metro Fire Rescue ("SMFR") and Aurora Fire department responded to the scene.

18. SMFR conducted a scene investigation and issued an incident investigation report.

19. SMFR determined the origin of the fire was located 1/3 to 1/2 of the way down the garage wall in the location of where the Ebike and Bosch charger were located.

20. The garage at the Residence was sealed and the scene was preserved pending a scene inspection by the relevant parties' representatives, including Defendant herein.

21. On June 4, 2021, the Plaintiff's and Defendant's representatives participated in a scene inspection at the Residence.

22. The area of origin previously identified by SMFR was confirmed.

23. The Parties' representatives retained a number of artifacts from the area of origin for further inspection and testing at an indoor lab.

24. On January 7, 2022, the Plaintiff's and Defendant's representatives participated in a lab examination in which the retained artifacts from the scene were investigated.

25. The fire at the Powers' Residence was determined to have been caused by the Bosch lithium battery pack.

26. The Bosch battery pack underwent thermal runaway causing the cells to disintegrate releasing their store of energy in the form of an explosion.

27. The Bosch lithium battery pack failed because of an internal defect in the battery pack which is evidenced by its bursting into flames.

28. All other possible ignition sources were ruled out.

29. Further, there was no evidence of user abuse or external mechanical impact.

30. The defective Bosch lithium battery pack caused, *inter alia,* substantial smoke and fire damage to the Powers' Residence and their personal items and other consequential damages such as loss of use and loss of business income.

31. Plaintiff is an insurance carrier that insured Jason & Linda Power, under a contract of insurance in effect on the date which this loss occurred.

32. Plaintiff paid out certain benefits to or on behalf of its insureds under the terms of the policy for which it now claims a right of subrogation and reimbursement.

33. Plaintiff, as subrogee, stands in the shoes of its insureds and is entitled to pursue equitable reimbursement from Defendant to avoid unjust enrichment.

34. Plaintiff's damages to date are in excess of $850,000 plus interest from February 22, 2021, at the statutory rate pursuant to C.R.S. § 5-12-102.

35. Pursuant to the terms of its insurance contract with its subrogor, Plaintiff is required to collect, if possible, its subrogors' deductible.

## FIRST CLAIM FOR RELIEF
### Negligent Product Liability

36. Plaintiff incorporates the preceding allegations as if fully set forth herein.

37. Defendant Bosch designed, manufactured, sold, and/or produced the subject components on the Ebike, including the Bosch lithium battery pack, which had a defective design and/or were defectively manufactured.

38. Defendant Bosch had a duty to design and manufacture the subject Bosch lithium battery pack so that it would not fail in the course of ordinary and intended use and thereby result in fire or explosion causing risk of harm to persons and property.

39. Defendant Bosch knew or should have known when designing and manufacturing the lithium battery pack that it was defectively designed or manufactured, and that such defective design or manufacture would create an unreasonable risk of injury.

40. Specifically, Bosch knew or should have known manufacturing the lithium battery pack with internal defects would create an unreasonable risk of injury.

41. Defendant Bosch was negligent in failing to use reasonable care in the design and manufacture of the lithium battery pack which failed in this case resulting in a fire and explosion as described herein.

42. Plaintiff's insureds were within the class of persons, homeowners and other normal consumers and users of Bosch Ebike components, who might reasonably be expected to be affected while the product was being used in the manner Defendant Bosch might have reasonably expected.

43. Plaintiff sustained damages as described herein as a direct and proximate result of Defendant Bosch's negligence as described above.

## SECOND CLAIM FOR RELIEF
### Strict Product Liability

44. Plaintiff incorporates the preceding allegations as if fully set forth herein

45. Defendant Bosch was engaged in the business of designing, manufacturing, and distributing lithium battery packs and other Ebike components for use by the public in Colorado.

46. Defendant Bosch was the designer, manufacturer, and distributor of the lithium battery pack that failed and caused the fire incident described herein.

47. The Bosch lithium battery pack was defectively designed and/or defectively manufactured in that it would potentially fail in a catastrophic manner in the course of ordinary and intended use.

48. The defective design and/or defective manufacture in the lithium battery pack posed an unreasonably dangerous risk to foreseeable users and others that could reasonably be expected to be affected by it.

49. The lithium battery pack was defective at the time it was distributed or sold by Defendant Bosch or left its control.

50. The lithium battery pack was expected to reach the user or consumer without substantial change in the condition in which it was sold.

51. The lithium battery pack did in fact reach the consumer without substantial change in the condition in which it was sold.

52. The Plaintiff's insureds were people who could reasonably be foreseen to be affected by a defect in the product.

53. Plaintiff suffered damages and losses as the direct and proximate result of the defective

product as described herein.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, American Family Mutual Ins. Co., as insurer and subrogee of Jason & Linda Power, hereby requests the following relief against the Defendant:

A.   Damages, in an amount to be proved at trial;

B.   Costs, attorney's fees, pre and post-judgment interest as permitted by law;

C.   Such other legal and equitable relief as the Court deems just and proper.

Dated: January 26, 2023

W. Bryant Bodie, Esq.
Colin Enger, Esq.

Plaintiff's address:
6000 American Parkway
Madison, WI 53783-0001

23233

☒ **FORM 1.2. DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD-PARTY COMPLAINT AND JURY DEMAND**

| | |
|---|---|
| District Court, Arapahoe County, State of Colorado<br>Court Address: 7325 S. Potomac Street, centennial, CO 80112 | |
| Plaintiff(s):<br>**AMERICAN FAMILY MUTUAL INS. CO.**<br>v.<br>Defendant(s):<br>**ROBERT BOSCH, LLC, d/b/a BOSCH EBIKE SYSTEMS an affiliate/subsidiary company of BOSCH GROUP** | ▲ COURT USE ONLY ▲ |
| Attorney for Plaintiff:<br>W. Bryant Bodie, No. 44042<br>Colin Enger, No. 43598<br>**BODIE ENGER LAW**<br>1763 N. Franklin Street<br>Denver, CO 80218<br>Telephone:(303) 830-6900<br>Facsimile: (303) 830-6889<br>E-Mail:   bbodie@bodieengerlaw.com<br>           cenger@bodieengerlaw.com | Case Number: |
| **DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD-PARTY COMPLAINT AND JURY DEMAND** ||

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third-party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR),, Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases or in Water (CW) proceedings subject to sections 37-92-302 to 37-92-305, C.R.S. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. Simplified Procedure under C.R.C.P. 16.1 **applies** to this case **unless** (check one box below if this party asserts that C.R.C.P. 16.1 **does not** apply):

    ☐ This is a class action, forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**

    ☒ This party is seeking a monetary judgment against another party of more than $100,000.00, exclusive of interest and costs, as supported by the following certification:

By my signature below and in compliance with C.R.C.P. 11, based upon information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000.

**Or**

☐ Another party has previously filed a cover sheet stating that C.R.C.P. 16.1 does not apply to this case.

3. ☐ This party makes a **Jury Demand** at this time and pays the requisite fee. *See* C.R.C.P. 38. (Checking this box is optional.)

Date: 01/26/2023

*Steven R. Nickell*
**Signature of Party**

Date: 01/26/2023

**Signature of Attorney for Party (if any)**

**NOTICE**
This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third party complaint.